IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT RUBIO, | ) | No. C 12-6010 LHK (PR) |
| Petitioner, | ) | JUDGMENT |
| vs. | ) | |
| WARDEN V. SINGH, | ) | |
| Respondent. | ) | |

The Court has dismissed the instant action. A judgment of dismissal without prejudice is entered. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 1/7/13

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Judgment
G:\PRO-SE\SJ.LHK\HC.12\Rubio010jud.wpd